### 4255.   COOK *v.* THE STATE.

PER CURIAM.   The evidence was of such a character as to authorize the charge on the subject of resistance by the accused to an arrest which the prosecutor was attempting to make. The instructions upon this subject were in accordance with the law, and were not erroneous for any of the reasons assigned in the motion for a new trial. The evidence authorized the conviction, and the trial was free from substantial error.   *Judgment affirmed. Russell, J., dissents.*

DECIDED FEBRUARY 4, 1913.

Indictment for assault with intent to murder; from Berrien superior court—Judge Thomas.   May 18, 1912.

*Hendricks & Christian,* for plaintiff in error.

*J. A. Wilkes, solicitor-general,* contra.

RUSSELL, J., dissenting.   Under my construction of the evidence,

it was error for the court to charge at all upon the subject of arrest; and I do not think the evidence, in any view of the case, authorized a conviction of a higher offense than that of shooting at another.